# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C. R. BARD, INC., <br> PELVIC REPAIR SYSTEMS <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |

| | |
|---|---|
| **SCOTT RICHARDSON,** <br> **Executor over the Estate of** <br> **Roseline Richardson, Deceased,** <br> Plaintiff, <br> v. <br><br> **C.R. BARD, INC.,** <br> Defendant. | Case No: 2:14-cv-5011 |

## CERTIFICATE OF SERVICE

This is to certify that on March 19, 2015, counsel for Plaintiff in the above-captioned matter served (i) PLAINTIFF SCOTT RICHARDSON, EXECUTOR OVER THE ESTATE OF ROSELINE RICHARDSON, DECEASED'S FIRST AMENDED DESIGNATION AND DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES TO DEFENDANT C.R. BARD, INC., via electronic mail to counsel addressed as follows:

Lori G. Cohen
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, N.E.
Ste. 2500
Atlanta, GA  30305
cohenl@gtlaw.com

Dated: March 19, 2015

          **CLARK, LOVE & HUTSON, G.P.**

BY:    /s/ Clayton A. Clark_____
        Clayton A. Clark
        Texas Bar No. 04275750
        Scott A. Love
        Texas Bar No. 24002495
        William W. Lundquist
        Texas Bar No. 24041369
        William T. Jones, Jr.
        Texas Bar No. 24032601
        440 Louisiana St., Ste. 1600
        Houston, Texas 77002
        Phone No. (713) 757-1400
        Fax No. (713) 759-1217

        Henry G. Garrard, III
        Josh B. Wages
        BLASINGAME, BURCH, GARRARD
        440 College Avenue, Ste. 320
        Athens, GA  30603
        Phone No. (706) 354-5119
        Fax No. (706) 549-3545

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2015 I electronically filed the foregoing CERTIFICATE OF SERVICE with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys.

    Lori G. Cohen
    GREENBERG TRAURIG, LLP
    Terminus 200
    3333 Piedmont Road, N.E., Ste. 2500
    Atlanta, GA  30305
    cohenl@gtlaw.com

                      **CLARK, LOVE & HUTSON, G.P.**

              BY:    /s/ William T. Jones, Jr.
                      Clayton A. Clark
                      Texas Bar No. 04275750
                      Scott A. Love
                      Texas Bar No. 24002495
                      William W. Lundquist
                      Texas Bar No. 24041369
                      William T. Jones, Jr.
                      Texas Bar No. 24032601
                      440 Louisiana St., Ste. 1600
                      Houston, Texas 77002
                      Phone No. (713) 757-1400
                      Fax No. (713) 759-1217

                      Henry G. Garrard, III
                      Josh B. Wages
                      BLASINGAME, BURCH, GARRARD
                      440 College Avenue, Ste. 320
                      Athens, GA  30603
                      Phone No. (706) 354-5119
                      Fax No. (706) 549-3545

                      **ATTORNEYS FOR PLAINTIFFS**